## ACCELERATED MARKETING STRATEGY LETTER TO FACILITATE A BANKRUPTCY COURT APPROVED SALE

April 23, 2008

**Prepared for:**
**Stuart P. Brown, Esq.**
**O'Hara, Ruberg, Taylor, Sloan & Sergent**
25 Crestview Hills Mall Road
Suite 201
Covington, Kentucky  41017-0411

**Counsel for:**
SMI New Homes, LLC
Ref: ORT File 07-690

**DELIVERED VIA: Electronic Mail**

Dear Mr. Brown:

Tranzon Asset Advisors is pleased to present you and your client, SMI New Homes, LLC, with this strategy letter for marketing assets relating to a pending filing for Chapter 11 relief. This letter is written in order to provide all parties involved with information regarding an orderly liquidation and auction event of certain real estate assets of the debtor located in the Northern Kentucky marketplace.

Tranzon Asset Advisors and specifically Edward D. Durnil currently is approved for working in the Eastern District of KY, and has made application for proper bonding that will be provided to the U.S. Trustee's office prior to court approval of this proposed sales event. Edward D. Durnil has been bonded and approved in multiple districts and currently has several active cases in Bankruptcy Courts in Kentucky, Tennessee, Ohio, Mississippi and Indiana.

This letter will serve as notification that Tranzon Asset Advisors and Edward D. Durnil acknowledge that no marketing activities or auction activities can take place without contractually acceptable terms for payment of costs and fees, acceptance of the Application to Employ Auctioneer, proper orders of the court being adjudicated and the debtor signing an auction listing agreement on the terms outlined below.

### A. Asset Identification

The assets involved in this case are:

1. Twenty Five (25) Single Family Residential Homes (pending final verification)
2. Six (6) Developed Lots (pending final verification)
   * see attached schedule "A"

### B. Proposed Marketing Methodology

Tranzon's methodology of creating the utmost recovery and value of assets and to support a commercially reasonable sale is very straightforward; the following paragraphs will provide you with our suggestions and recommendations as to the liquidation of these properties. Our system provides for the properties to be appropriately exposed to the available markets, targeting the correct purchaser base, extending an incentive based package to the regional

**tranzon** ASSET ADVISORS        - 1 -
TRANSFORMING ASSETS INTO ENERGY

brokerage community thus encouraging the well informed bidders and their buyer brokers to pay the maximum price available in today's marketplace.

Tranzon recommends that the debtor file a plan of action that guide and the court to authorize an absolute bankruptcy auction event, having been explained previously under the guidelines of the U.S. Bankruptcy Code (sub-section 363) in which the assets would be sold through this sales event.

After exercising considerable internal deliberations our team of veteran brokers and auction staff has determined the most prudent approach to maximize the value and reduce the holding timeframes along with liability costs are as follows:

- **Residential Homes and Building Lots**: Tranzon will manage and conduct a <u>Live Outcry Auction</u> (traditional style auction) in a central ballroom location for the Residential Homes. This event should be strategically timed to coincide with an early Spring kickoff of the marketing and would include three methods of bidding – in-person at the auction, telephonic bidding and online bidding through TranzonBid.com or similar web-based platforms. Ideally this event should occur in June or early July, 2008. The buying audience for these properties will be looking to buy and "in the market" early in the summer. <u>One caveat to all parties</u> - if unforeseen delays force this sale further into the late Summer, many potential bidders will have already purchased and a significant advantage will be lost. It is our professional opinion that time truly is of the essence particularly for the homes.

Our auction team would coordinate and manage each sale event process, which will include management of the assets, detailed and continuous progress reporting, full management of the marketing and sales development and could include (at the option and expense of debtor and creditors) securing the assets, lawn care and minor clean-up in order to maintain the "curb appeal" throughout the event marketing periods.

Our well designed procedures allow the best possible opportunity for the satisfaction of the secured claims to be paid and also maximize the return the unsecured creditors may receive.

### D. Recommended Primary Terms of Sale

The primary and basic terms and conditions of each sale event are some of the most essential factors in creating a successful auction. Simply put, they are the rules under which bidders shall abide in order to actively participate in the auction; and the terms that all winning bidder(s) will follow through the payment and/or close of escrow.

A) REAL ESTATE TERMS: (i) All bidders are required to present a set amount Initial Deposit in certified funds, cash or prior wire transfers or alternatively an Irrevocable Letter of Credit in order to be deemed eligible to register to bid. Tranzon staff will recommend the appropriate amounts to the debtor prior to filing a motion for sale and establishment of sale rules. It has been our experience that this sole action exponentially increases the odds in the Estate's favor of having fully qualified buyers who close on the sale. (ii) Winning Bidders would deposit a total of ten percent (10%) of the total purchase price at conclusion of the auction. A separate trust account will be established by the designated escrow company to hold the deposits. (iii) All winning bidders would be committed to close escrow within a thirty (30) day timeframe from the auction date or within fifteen (15) days of final court approval of the sale, whichever is longer; (iv) the sale would be on a cash for deed basis, therefore eliminating any financing or inspection contingencies after the auction; (v) the Estate would provide to the Buyer at closing an updated title examination, Special Warranty deed, certified copy of court order confirming the sale. The final order would of course require proper verbiage allowing for all the

sales to be "free and clear of all liens with proceeds attaching" clause in the bankruptcy motion and order approving the sale; **(vi)** the properties would be sold on an "As Is & Where Is" basis, with no warranty or guarantee, additionally, terminology in the purchase agreement or bid form would provide for this to survive the closing; **(vii)** Estate closing costs are limited to deed preparation, title exam, certified copy of the order and title examination costs, Buyers pay all other costs including closing fees, deed tax and recording fees; **(viii)** the properties taxes due in the year of the sale and closing would be paid by proration between the Buyer and Estate; **(ix)** additional terms may be suggested during the course of the campaign to modify specific assets sales.

### E. Tailored Auction Campaign Promotions

The pre-sale promotion is the single most important aspect of any real estate auction event. The attached budget is a reflection of typical local and regional marketing campaigns.

- Over 1,000,000 electronic mail brochures/notices (average per sale event),
- Significant color newspaper and periodical advertising (targeted by properties type),
- Local cable television advertising (for residential homes only),
- Detailed Bidder/Inquirer tracking system implemented with weekly Estate/stakeholder update conference calls
- Up to 5,000 full color flyers and printed brochures mailed and placed at properties,
- Brochure distribution system per properties,
- Preparation of detailed properties information packages for bidders,
- Detailed website postings on www.tranzon.com and other appropriate listing services,
- Free buyer downloads of properties information packages,
- Entry of all properties into the Northern Kentucky Multiple Listing Service,
- Lock-box convenience for local brokers to access with bidders,
- An abundance of high visibility signage on the properties and nearby roadways,
- Numerous public open houses and due diligence periods,
- Organize and conduct local Realtor seminars and luncheons,
- Uploading of all development plans,
- Production of a continuous public relations campaign throughout the auction events,
- Launch of an effective telemarketing and direct email campaign to follow up with bidders and further discuss the assets with buyers.

Marketing and promotional costs for the auction event is not anticipated to exceed $38,000.00. Tranzon necessitates these costs to be paid in the following manner:

1) Secured Creditors (on a share basis, depending on quantity of assets) will advance all costs of marketing.

2) Secured Creditors will be reimbursed these marketing funds from the closing proceeds at the rate of Two Thousand Dollars ($2,000) per closing. These reimbursed funds would be approved by the court as a super priority lien position.

The exact marketing costs are to be expended according to detailed budgets that will be customized, prepared and approved by the debtor and other stakeholders when each event is planned, after court approval of the sales and sale terms.

### F. Anticipated Time Frame for Auction Events

In order to effectively market these assets proper time must be allowed for market penetration and due diligence. Our guidelines for a well managed event will require a six week (prior to auction event) lead time for the residential homes and lots.

This timeline allows for due diligence and preparation by Tranzon and a five week auction marketing campaign providing bidders ample opportunity to become aware of the auction and to research the properties for their uses. As previously mentioned the closing and settlement deadlines would be thirty days following the auction sale for a total timeframe from listing/order to close of escrow of nine to ten weeks.

One extremely critical issue that we feel compelled to address now is rapid approval of all sales by the court, after the auction. We recommend the debtor have pre-prepared motions to approve the sales and a court hearing take place within no more than three days after the auction event. This action will keep the entire process moving forward and allow our closing team along with the escrow agent to finalize the transactions and convert these assets to cash.

### G. Compensation and Commissions

Tranzon Asset Advisors recommends utilizing a ten percent (10%) Buyer's Premium. Buyer's Premiums are widely accepted in this area and will result in a net positive return to the estate, while paying all sale costs. The Estate will keep the entire premium and the total sale price is the high bid plus the premium - example ($100,000 bid + $10,000 premium = $110,000 total sale price).

Tranzon Asset Advisors will charge the Estate a commission fee in the amount of six percent (6%) of the total sale price, and the Estate shall retain the balance of the buyer's premium within the contract sales price. Tranzon's commission is in addition to any marketing costs advanced by the Secured Creditors.

Tranzon Asset Advisors will offer and pay in full, at closing, up to two percent (2%) Buyer's Broker Fee to any licensed real estate broker who follows our registration guidelines and whose Buyer is ultimately a successful purchaser. It is critical, in our opinion, that the brokerage community be invited to the sale and fairly compensated if they produce a winning buyer who closes escrow on the real estate. The approval of this fee will not cost the estate any money, but increases bidder participation from 20% to 30% on average.

### H. Buyer and Broker Seminars, Inspections and Bidder Financing

In order for auction of residential and development real estate to be successful several factors are critical. Tranzon partners have collectively sold over 35,000 residential, development land, building site and investment type properties and has a proven track record of successfully dealing with the types of buyers who focus their purchases on these type of goods.

Through a proven and organized plan of action and after the marketing penetration has reached critical mass we would hold the properties open for inspection, due diligence and viewing by potential bidders, their brokers and advisors. Tranzon's team of licensed and bonded professionals will provide access to the properties individually for set time periods in order to grant bidders access and to answer their questions regarding the individual properties.

At the inspection periods we would assist bidders with the process and advise them as to the transaction and sale method, in order to help make them comfortable with the auction, terms and conditions and bidding procedures. We highly recommend the debtor require all bidders to participate in the auction and reject all pre-auction offers. This will create the competitive forces that lead to highly successful auction events. We feel this issue needs to be further developed with all parties, and should therefore be re-evaluated at a later time.

At the open house inspections Tranzon Asset Advisors will have trained staff on hand to handle questions, tour the properties and provide further information for bidders of the real estate. The profile of our open houses and inspection periods are as follows:

- On-Site Sales Manager for the Marketing Period. This will facilitate ease of showing for real estate professionals and their buyer-clients.
- Two full weekends (Saturday and Sunday) prior to the auction, **ALL** properties will be staffed by trained personnel in order to disseminate auction information and terms of sale and detail the advantages of the property to bidders.
- Lockbox Access for real estate brokers/agents to ease access.
- Agent Luncheon: Tranzon will host a Realtor's luncheon in order to welcome and facilitate area broker's participation and cooperation.
- Bidder's Seminar: There will be a bidders' seminar and/or webinar that will address bidding procedures and requirements. This pro-active event is designed for the auction novice who may generally be a first time home buyer.

### I. Settlement of Escrow and Closings

Settlement should occur within thirty (30) days of the auction or within fifteen (15) days of entry of the court approval of the sale, whichever is longer. Buyer deposits will be held by the escrow agent to be disbursed per the closing instructions and purchase agreements. Closing will occur at the office of the designated title company or law firm of the Estate's choice, and monitored by Tranzon personnel and debtor's counsel. Settlement costs have previously been discussed in the Methodology and Terms of Sale section of this Strategy Letter.

### J. Conclusions and Key Points

When debtors and creditors, in reasonable agreement and with court approval, employ Tranzon Asset Advisors for professional marketing, sale and liquidation expertise, as is proposed in this foregoing document, they will see results, quickly. Tranzon Asset Advisors has expertly and successfully handled thousands of similar situations for courts and clients across the country since the late 1980's.

The following is a brief synopsis of benefits of auctioning these properties:

1. **Auction Save Time over other options**: properties can be properly marketed, auctioned, sold and closed in 12 weeks or less from sale approval/listing.
2. **Auction are the stakeholder's greatest opportunity to achieve 100% Payout:** Tranzon Asset Advisors has recently achieved excellent results in bankruptcy sales and foreclosure auction events. The preceding plan of action constitutes the best and most reasonable approach for the estate and creditors to achieve the highest value.
3. **Auction are the most Cost Effective Sales Method:** the marketing costs are properly distributed to gain the maximum effect for the least expense, the buyer's premium will reimburse all costs of sale – resulting in greatly reduced or fully reimbursed sale costs.
4. **Court ordered auction of properties are the best method for the Secured Creditor to NOT have to credit bid and deal with REO marketing:** Tranzon Asset Advisors will SELL the properties, for market value, to a third party therefore eliminating REO holding and expensive foreclosure costs.

With our planned marketing campaign, both the debtors and creditors win. Costly further litigation and costs are reduced or eliminated, and what is left to deal with is liquid cash, not illiquid real estate.

In closing I wish to than you for allowing Tranzon Asset Advisors the opportunity to help all parties achieve their goals in the most cost efficient and effective manner available. This plan of action will properly promote the assets and achieve more net money than any other conceivable method and should be approved.

We look forward to working with you and your client on this project. Should you have any questions or concerns for me please feel free to contact me; my office number is 864.627.8012

Sincerely,

/SS/ Ed Durnil                                                          /SS/ Steve Jax


Edward D. Durnil                                                     Stephen A. Jax
Tranzon Asset Advisors                                          Steven Jax & Associates, Inc.
Chief Executive Officer – Senior Partner            Strategic Alliance Partner
Tranzon Asset Advisors

Cc: Mr. A. J. Kesman
     File



NATIONAL AUCTIONS ...... LOCAL EXPERTISE.    **TRANZON ASSET ADVISORS**

1108-A North Dixie Avenue
Elizabethtown, KY 42701

Office 270-769-0284
Fax 270-737-7695

www.tranzon.com

Mr. Stuart Brown, Esquire
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Rd., Suite 201
Covington, KY 41017-0411

Via: Electronic Mail & US Mail

RE: SMI New Homes Solutions, Inc.-Credit Bidding Fees

Dear Mr. Brown,

Per our conversation this afternoon regarding the fees and expenses related to the secured creditor's costs and fees should they become the high bidder at an auction event approved through the bankruptcy court. Our firm will charge to the creditor, due upon court approval and title transfer, a fee equal to four percent (4%) of the high bid.

Additionally, the secured creditors will not be charged a buyer's premium or other surcharge for our activities. These fees are in addition to the marketing costs due upon court approval of the sale motion.

I hope this correspondence clarifies the matter and we can rapidly move toward a sale motion and motion to employ auctioneer either through the plan or a section 363 sale. Please let me know if you or any of the creditors have any further concerns or questions regarding our firm's involvement in this process.

Thank you for your assistance and attention to this matter.

Yours,

Edward D. Durnil
President/Chief Executive Officer
Tranzon Asset Advisors

CC:    Steve Jax

TRANZON COMPANIES ACROSS THE U.S.A.

| EASTERN (PA & NJ) | NORTHEAST | FLORIDA & GULF COAST | MID-ATLANTIC | TEXAS / SOUTHWEST | COMM / IND ASSETS |
|---|---|---|---|---|---|
| TRANZON ALDERFER | TRANZON AUCTION PROPERTIES | TRANZON DRIGGERS | TRANZON FOX | TRANZON HANLEY | TRANZON VENUEBID |

| CALIFORNIA / WEST | UPPER MIDWEST | NORTHWEST | SOUTHEAST | CENTRAL U.S. | |
|---|---|---|---|---|---|
| TRANZON ASSET STRATEGIES | TRANZON BIPPUS | TRANZON NORTHWEST | TRANZON HAGEN | TRANZON ASSET ADVISORS | |